**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISRICT OF NEW JERSEY**

_____

CLAIRE LAROCHE,                    :
                                   :
        Plaintiff,                 :
                                   : Case No. 1:21-cv-13918-RBK (AMD)
vs.                                :
                                   :
                                   :
ANDREW BURKI,                      :
                                   :       STIPULATЧED ORDER
        Defendant.                 :
_____  :


        This matter, having come before the Court pursuant to
F.R.Civ.P. 5.2, and the parties having consented to the relief
set forth herein, more specifically the substitution of initials
for the appearance in defendant's counterclaim of the minor
child (S.B.'s) full name.

        Counsel for defendant/counterclaimant, Andrew Burki shall
amend the Counterclaim within ten (10) days of the date of this
Order to substitute S.B. for the name of the minor child, and
the previous Answer and Counterclaim shall be sealed.

        We hereby consent to the form and entry of the within
Order.


/s/ David W. Sufrin                 /s/ Stephanie M. Imbornone
David W. Sufrin, Esq.               Stephanie M. Imbornone, Esq.
ZUCKER STEINBERG & WIXTED, P.A.     Wesley D. Allen, Esq.
415 Federal Street                  Joseph Meadows, Esq.
Camden, New Jersey 08103            GORDON REES SCULLY
(856) 365-0080                      MANSUKHANI, LLP
Attorneys for Andrew Burki          18 Columbia Turnpike, Ste 220
                                    Florham Park, N.J. 07932
                                    (973) 549-2503
                                    Attorneys for Claire Laroche


        _____   10/20/2021
        HON. ANN MARIE DONIO, USMJ