IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CLAIRE LAROCHE,<br><br>      Plaintiff,<br><br>  v.<br><br>ANDREW BURKI,<br><br>      Defendant. | Civil No. 21-13918 (RBK/AMD) |

**ORDER TO SEAL**

      This matter comes before the Court by way of unopposed application filed by Defendant Andrew Burki for an order to seal Defendant's Answer and Counterclaim [D.I. 6] filed on August 31, 2021. (*See* proposed Stipulated Order [D.I. 22], dated October 19, 2021, setting forth the parties' agreement to the requested relief.) The Counterclaim contains the full name of a minor child. Pursuant to Federal Rule of Civil Procedure 5.2(a) and Local Civil Rule 5.2, in an electronic or paper filing with the court "that contains . . . the name of an individual known to be a minor, . . . . a party or nonparty making the filing may include only . . . the minor's initials[.]" FED. R. CIV. P. 5.2(a); L. CIV. R. 5.2(17). Because the Answer and Counterclaim contain a minor child's full name, the Court shall seal the Answer and Counterclaim [D.I. 6]. The Court notes that an amended Answer and Counterclaim containing

only the minor's initials has been filed on the public docket. (*See* Answer and Counterclaim, Amended/Redacted [D.I. 24].)

CONSEQUENTLY, for the reasons set forth above and for good cause shown:

IT IS on this **20th** day of **October 2021**,

**ORDERED** that the Clerk of the Court shall seal the Answer and Counterclaim [D.I. 6]; and it is further

**ORDERED** that the Clerk of the Court shall unseal the proposed Stipulated Order [D.I. 22] and amended Answer and Counterclaim [D.I. 23] that were filed under seal, as these documents contain only the minor's initials and do not identify the minor by name.

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Robert B. Kugler