IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CLAIRE LAROCHE,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW BURKI,<br><br>    Defendant. | Civil No. 21-13918 (RBK/AMD) |

**<u>ORDER</u>**

  This Order confirms the directives given to the parties during the telephonic conference held on the record on January 12, 2022; and the Court noting the following appearances: Stephanie Imbornone, Esquire, Joseph Meadows, Esquire and Wesley Allen, Esquire appearing on behalf of Plaintiff; and David Sufrin, Esquire and Saul Steinberg, Esquire, appearing on behalf of Defendant; and good cause appearing for the entry of the within Order:

  IT IS on this **12th** day of **January 2022**, hereby **ORDERED**:

  1. By no later than **January 21, 2022,** Defendant shall serve revised initial disclosures in accordance with Federal Rule of Civil Procedure 26(a) as set forth on the record.

  2. The parties shall meet and confer regarding a protocol for the preservation and production of original source electronic files.

  3. As set forth on the record, Plaintiff's request for attorney's fees incurred in connection with the parties' discovery disputes is dismissed without prejudice.

  4. The Court will conduct a telephone conference on **<u>February 17, 2022 at 2:00 P.M.</u>** Counsel shall utilize the following

dial-in instructions for the conference: 1-888-684-8852 / 2828702# / 654321#.

                                                s/ Ann Marie Donio
                                                ANN MARIE DONIO
                                                UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Robert B. Kugler