IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CLAIRE LAROCHE,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW BURKI,<br><br>        Defendant. | Civil No. 21-13918 (RBK/AMD) |

**ORDER**

      This Order confirms the directives given to the parties during the telephonic conference held on the record on February 17, 2022; and the Court noting the following appearances: Stephanie Imbornone, Esquire, Joseph Meadows, Esquire and Wesley Allen, Esquire appearing on behalf of Plaintiff; and David Sufrin, Esquire, appearing on behalf of Defendant; and good cause appearing for the entry of the within Order:

      IT IS on this **17th** day of **February 2022**, hereby **ORDERED**:

      1.   By no later than **February 25, 2022**, Defendant shall file a letter with the Court addressing whether he has produced the metadata from his computer and, if he has not produced the metadata, the reason for his inability to produce the metadata by such time.

      2.   By no later than **February 25, 2022**, Defendant shall provide to Plaintiff a calculation of damages on the counterclaims asserted in this case.

      3.   Upon identification of addresses for witnesses named in his initial disclosures, Defendant shall provide such addresses to Plaintiff's counsel.

        4.    The Court will conduct a telephone conference on **March 1, 2022 at 3:00 P.M.** Counsel shall utilize the following dial-in instructions for the conference: 1-888-684-8852 / 2828702# / 654321#.

                                                    s/ Ann Marie Donio
                                                    ANN MARIE DONIO
                                                    UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Robert B. Kugler