# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| CLAIRE LAROCHE, | |
| Plaintiff, | |
| | Civil No. 21-13918 (RBK/AMD) |
| v. | |
| | **ORDER** |
| ANDREW BURKI, | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendant-Counter Claimant Andrew Burki's Motion to Seal Pursuant to Local Civil Rule 5.3(c)(1) (the "Motion") (ECF No. 114); after a hearing on the record on February 14, 2023,

**IT IS HEREBY ORDERED** that, having consented to the proposed redactions contained in the chart attached to Plaintiff's February 8, 2023 Letter (ECF No. 119), Defendant shall make the agreed upon redactions and refile his Motion for Partial Summary Judgement and related exhibits; and

**IT IS HEREBY FURTHER ORDERED** that ECF Nos. 107, 108, and 111 will remain under seal; and

**IT IS HEREBY FURTHER ORDERED** that the Motion to Seal (ECF No. 114) is **DENIED IN PART** and **GRANTED IN PART**. The only aspect of the submissions that the Court will seal are any videos depicting the minor child. All other documents and exhibits Defendant must refile unsealed with the agreed upon redactions.

2

Dated: February 14, 2023 /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge