IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CLAIRE LAROCHE, | : |
| Plaintiff, | : |
| v. | : Civil No. 21-13918 (RBK/AMD) |
| ANDREW BURKI, | : |
| Defendant. | : |

**VERDICT SHEET**

## VERDICT SHEET

**(1)** Has Claire LaRoche proven by a preponderance of the credible evidence that Andrew Burki defamed her when he posted one or both of the following statements?

> In addition to transporting, "the gun" up from Virginia and planting it for police to find while Andrew Burki was out of the state, Claire LaRoche, Esq. coached both of her daughters on how to frame Andrew Burki in police statements. *[YouTube, 11/25/2020]*

> The following evidence irrefutably shows that [L], 'orchestrated' the fraudulent gun charge along with Sarah Babaa and her mother Claire LaRoche. The four videos contain police interviews regarding the fraudulent gun charge with three of our neighbors and [L]'s sister, [J]. In the nearly one hour of police audio turned over during discovery from the Collingswood Police Department, [L] is never asked a single question about the gun. Additionally, strong evidence was suppressed from both the grand jury and multiple judges which indicates that Claire LaRoche drove the gun up from Virginia for the purpose of framing me. *[Facebook, 11/28/2020]*

✓ No ____ Yes

**(2)** Has Claire LaRoche proven by a preponderance of the credible evidence that Andrew Burki invaded her privacy by placing her in a false light before the public?

____ No ✓ Yes

**(3)** If you answered "No" to Questions 1 and 2, go to Question 4. If you answered "Yes" to either (or both) of Questions 1 or 2, then answer the following: what amount of damages, if any, would reasonably compensate Claire LaRoche for any injuries she suffered?

$ 5000.00

**(4)** Has Andrew Burki proven by a preponderance of the credible evidence that Claire LaRoche violated the New Jersey wiretap law?

____ No ✓ Yes

If "Yes," what amount of damages, if any, would reasonably compensate Andrew Burki? ($100 per day for each day of violation, or $1,000, whichever is higher.)

$ 1000.00

(5) Has Andrew Burki proven by a preponderance of the credible evidence that Claire LaRoche violated the federal wiretap law?

_____No    √ Yes

If "Yes," what amount of damages, if any, would reasonably compensate Andrew Burki? ($100 per day for each day of violation, or $10,000, whichever is higher.)

$ 10,000.00

(6) Has Andrew Burki proven by a preponderance of the credible evidence that Claire LaRoche intruded on his privacy?

_____No    √ Yes

If "Yes," what amount of damages, if any, would reasonably compensate Andrew Burki?

$ 100,000.00

(7) If you answered "Yes" to Questions 1 and/or 2, then answer the following: has Claire LaRoche proven by clear and convincing evidence that Andrew Burki should pay her punitive damages?

√ No    _____Yes

(8) If you answered "Yes" to Questions 4, 5, and/or 6, then answer the following: has Andrew Burki proven by clear and convincing evidence that Claire LaRoche should pay him punitive damages?

_____No    √ Yes    $250,000

Dated: 11/07/2023            Signed: _____
                                     Jury Spokesperson