## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| CLAIRE LAROCHE, | : | |
| Plaintiff, | : | Civil No. 21-13918 (RBK/AMD) |
| v. | : | **ORDER** |
| ANDREW BURKI, | : | |
| Defendant. | : | |

**KUGLER**, United States District Judge:

    **IT IS HEREBY ORDERED** that the Judgment entered in this case on November 8, 2023, (ECF No. 192), is **VACATED**.

Dated: _May 1, 2024_

                                          ROBERT B. KUGLER
                                          United States District Judge

1