IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CLAIRE LAROCHE, | : |
| Plaintiff, | : |
| v. | : Civil No. 21-13918 (RBK/AMD) |
| ANDREW BURKI, | : **ORDER** |
| Defendant. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on Plaintiff Claire LaRoche's (1) Renewed Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(b) and (2) Motion for a New Trial pursuant to Federal Rule of Civil Procedure 59(a). (ECF No. 203); and

**THE COURT NOTING** that the Judgment entered in this case on November 8, 2023, (ECF No. 192), was vacated on May 1, 2024; therefore

**IT IS HEREBY ORDERED** that Plaintiff's Renewed Motion for Judgment as a Matter of Law and her Motion for a New Trial (ECF No. 203) are both **DENIED as moot**.

Dated: May 1, 2024

ROBERT B. KUGLER
United States District Judge